UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KANAI ISRAEL,

            Plaintiff,

  v.

MONITRONICS INTERNATIONAL LLC et al.,

           Defendants.

Case No. C23-1833-TL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk is directed to send a copy of this Order to the parties and to the assigned District Judge.

    Dated this 30th day of November, 2023.

                              S. KATE VAUGHAN
                              United States Magistrate Judge