# United States District Court
## Western District of Washington
### At Seattle

| | |
|---|---|
| KANAI ISRAEL,<br><br>    Plaintiff,<br><br> v.<br><br>MONITRONICS INTERNATIONAL, LLC, and ROSENTHAL, MORGAN, AND THOMAS, INC.,<br><br>    Defendants. | Case No. 2:23-cv-01833-TL<br><br>Order of Dismissal |

This matter is before the Court on Plaintiff's Motion to Dismiss and Notice of Settlement. Dkt. No. 13. Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that this matter is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney fees and costs.

Dated this 8th day of January 2024.

Tana Lin
United States District Judge